DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS-ALLEN SULLIVAN,**
Appellant,

v.

**BANK OF AMERICA,**
Appellee.

No. 4D2025-2882

[July 2, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Robyn Stone, Judge; L.T. Case No. 312025SC000219AXXXVB.

Nicholas-Allen Sullivan, Wabasso, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***